IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:21-cr-30148-DWD-6 |
| ) | |
| TAMARA PEOPLES, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM & ORDER

**DUGAN, District Judge**:

Before the Court is Defendant's Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582 and Amendment 821. (Doc. 448). Consistent with Administrative Order 362, the Court directed the Federal Public Defender to enter an appearance to determine whether Defendant is eligible for relief. (Doc. 449). Assistant Federal Public Defender ("AFPD") Daniel G. Cronin entered his appearance for Defendant before filing a Motion to Withdraw, asserting that there is no meritorious basis for Defendant to obtain relief under Amendment 821. (Docs. 450, 453). In summary, AFPD Cronin notes that no status points were assessed in her Presentence Investigation Report, and that her six criminal history points were only based on underlying convictions. (Doc. 453). The Court further notes that the United States Probation Office concurs in this assessment. Defendant has not filed a Response to the Motion to Withdraw, despite the mailing of that Motion to Defendant and the Court's Orders. (Docs. 453, 454).

The Court has reviewed the record and the applicable law. The Court finds that Defendant is not entitled to relief under Part A or Part B of Amendment 821. Accordingly,

the Motion for a Reduction of Sentence Pursuant to 18 U.S.C. § 3582 and Amendment 821 is **DENIED**. The Motion to Withdraw is **GRANTED**. The Judgment dated March 30, 2023 remains in full force and effect. (Doc. 266).

    **SO ORDERED**.

    Dated: April 19, 2024

/s *David W. Dugan*
_____
DAVID W. DUGAN
United States District Judge